In the United States District Court
Middle District of Florida
Ft. Myers Div.

Jimmy Lee Kroft
Plaintiff

vs.

Case No.: 2:22cv275-JLB-MRM

Derek Snider, Warden
Michael Quaranta, C/O
Peter Jurkish, Dentist
Jeffrey Robinson, Colonel

*Trial by Jury Demand

42 USCA §1983 Civil Rights Complaint

**FILED**

APR 27 2022

Clerk, US District Court
Middle District of Florida
Fort Myers, Florida

### I. Plaintiff Information:

Name: Jimmy Lee Kroft X25395

Institution:

Street Address:

City, State, Zip:

### II. Defendants Information:

*Defendant #1*

Name: Snider, Derek

Institution: Charlotte Correctional Institute

Address: 33123 Oilwell Rd.

City, State, Zip: Punta Gorda, Fl., 33955

Job Title: Warden

*Defendant #2*

Name: Quaranta, Michael

Address: 33123 Oilwell Rd.

City, State, Zip: Punta Gorda, Fl. 33955

Job Title: Correctional Officer

1

*Defendant #3*

Name: Jurkish, Peter

Address: 33123 Oilwell Rd.

City, State, Zip: Punta Gorda, Fl. 33955

Job Title: Dentist

*Defendant #4*

Name Robinson, Jeffrey

Address: 5850 East Milton Road

City, State, Zip: Santa Rosa, Fl. 32083

Job Title: Assistant Warden

*All Defendants are being sued in their individual capacity*

### III. Administrative Remedies

The Plaintiff has exhausted all available administrative remedies prior to the filing of this complaint

### IV. Previous Lawsuits

The Plaintiff has previously filed a lawsuit in the U.S. District Court on May 29th, 2020, in the Middle District of Florida, Ft. Myers Division for a previous incident. (See Case No.: 2:20-CV-0396) Plaintiff has never filed a State Lawsuit.

### V. Statement of Facts

*Date and Time:* July 10th, 2019 at approx. 10AM-12PM.

*Place of Occurrence:* Outside of Westside chowhall building.

### "FACTS"

1. The Plaintiff filed grievances complaining of excessive force by officer Souza following an incident on 6/4/18.

2. On 12/4/2018, the Plaintiff was brutally attacked by multiple officers resulting in multiple injuries.

2

Plaintiff was sent to Lee Memorial Hospital to under go cat scans. Xrays revealed multiple broken bones.

3. On 12/5/2018, while in the infirmary unit, Warden Snider and Colonel Robinson came through and did an inspection in the infirmary unit. Mr. Robinson was named in the 12/4/2018 incident. The Plaintiff advised the Warden that he had been attacked by officers and wanted to report them, Press charges, and speak to an investigator. The Plaintiff advised the Warden to please act professional about the situation because he was going to file a lawsuit for the attack. Mr. Snider asked the Plaintiff if he was trying to threaten him, and the Plaintiff responded "no sir, I'm bringing everything to your attention so that you can take the proper measures to handle the situation correctly. I've been attacked twice now by officers at Charlotte C.I.. I'm in fear for my life and well being and need to be transferred from this institution immediately sir to avoid the continuation of retaliation." The Warden said he would send an investigator to speak with me and then walked off.

4. On 12/6/2018, the Plaintiff was sent to RMC for treatment of his multiple injuries. He wrote grievances documenting the incident. Grievances were approved.

5. Following treatment at RMC, the Plaintiff was once again sent back to Charlotte.

6. After returning to Charlotte C.I., the Plaintiff was assigned a job position   working in the kitchen.

7. Sometime passed, and one day prior to the incident that is the center of attention in this lawsuit, the Colonel and the Warden came through the kitchen and did an inspection. The Plaintiff was seen by both the Colonel and the Warden, who then exchanged words with the security officer working in food service, Michael Quaranta, and all three began looking towards the Plaintiff. That's when Colonel Robinson told Quaranta " that's the one wrote the grievance on us.", pointing at the Plaintiff. The Warden then added, "yeah he likes to stir up shit!"

8. On the days following the meeting between Mr. Snider, Mr. Robinson, and Mr. Quaranta, a campaign of harassment began.

9. On 7/10/19, following being moved to the AM shift to get away from Mr. Quaranta's shift and

3

avoid being harassed, Quaranta came on duty and order T/A Crites to escort the Plaintiff to food service because he was supposed to be working Quaranta claimed. Mr. Crites came to the Plaintiff's dormitory and escorted the Plaintiff to food service to see Mr. Quaranta.

10. Mr. Quaranta approached the Plaintiff and told him to "Cuff up!" Officer Quaranta escorted the Plaintiff out of the Westside chowhall and ordered him to put his nose on the wall, the Plaintiff was not resisting or aggressive, he complied. Mr. Quaranta struck the Plaintiff in his jaw breaking it.

11. The Plaintiff complained of severe jaw pain but was denied medical treatment.

12. After several days of trying to seek medical and dental attention from confinement, he was finally taken to dental.

13. The officer escorting the Plaintiff advised the Dentist that the Plaintiff was a troublemaker and was fabricating that he was assaulted by an officer.

14. The Dentist advised the Plaintiff that nothing was wrong with him. The Plaintiff demanded that Xrays be taken because he knew that his jaw had been broken, that he couldn't eat at all and was in extreme pain, and knew what a broken jaw felt like because he had had one before. He also advised the dentist that he could hear and feel when the jaw broke after being struck by Quaranta. The Dentist reluctantly ordered for Xrays.

15. About a week passed and the Plaintiff was called up to Dental and told by the Dentist, "the guy that likes to make up stories about the officers attacking him, ain't nothing wrong with your jaw!" The Plaintiff was denied any treatment.

16. Knowing from experience, from the pain, and from actually feeling and hearing the bone break, the Plaintiff wrote grievances, and asked to see the Xrays himself. The grievance was answered by Dr. Noe, the medical doctor, and approved based on his examination of the Xrays. Plaintiff was sent to RMC some time later and the fracture was confirmed and finally treated with surgery and pain meds months later.

## VI. "Injuries"

17. Fractured mandible. The injury required surgery, to wire mouth shut. Plaintiff was then placed on a liquid diet. Plaintiff was prescribed pain medications.

## VII. "Statement of Claim"

18. Plaintiff re-alleges the facts as if fully set forth herein.

19. Defendant Derek Snider violated the Plaintiff's 8th Amendment Rights by being "Deliberately Indifferent" and failing to intervene in such a way that even though he was placed on alert and advised of staff misconduct against Mr. Kroft on previous occasions that showed a pattern that existed of a conflict and in knowing so still was indifferent to the Plaintiff's well being. The Plaintiff asserts that the Warden exerted aggressive behavior on December 5th 2018 when he reported staff abuse, lied to him about sending an investigator to speak to him, and facilitated in a campaign of harassment against him directly involving this incident in which he was attacked by officer Quaranta resulting in a more than de minimis injury.

20. Defendant Jeffrey Robinson is being sued for deliberate indifference for his ongoing retaliatory and constitutional depriving behavior, and failing to intervene to prevent the Plaintiff from acquiring further injury or death from staff at Charlotte C.I., and facilitating attacks against Mr. Kroft including this incident, violating his 8th Amendment Rights.

21. Mr. Michael Quaranta is being sued for "excessive force", violating Mr. Kroft's 8th Amendment Rights, when he struck Mr. Kroft in the jaw on July 10th, 2019 outside the chowhall breaking it.

22. Peter Jurkish the Dentist is being sued for Deliberate Indifference for failing to treat the Plaintiff's fractured jaw while exerting a malicious and sadistic behavior violating the Plaintiff's 8th Amendment Rights.

## VIII. "Relief Sought"

23. Plaintiff is seeking $200,00.00 in compensatory damages and $50,000.00 in punitive damages

5

from Mr. Derek Snider, to be held jointly and severlly from the other parties.

24. Plaintiff is seeking $200,000.00 in compensatory damages and $50,000.00 in punitive damages from Mr. Jeffrey Robinson, to be held jointly and severlly from the other parties.

25. Plaintiff is seeking $200,000.00 in compensatory damages and $50,000.00 in punitive damages from Mr. Michael Quaranta, to be held jointly and severlly from the other parties.

26. Plaintiff is seeking $200,000.00 in compensatory damages and $50,000.00 in punitive damages from Mr. Peter Jurkish, to be held jointly and severlly from the other parties.

27. Trial by jury

28. Transfer to prison of choice

## IX. "Litigation History"

The Plaintiff has previously filed a 1983 claim in the United States District Court Ft. Myers Division on May 29th, 2020 for another incident that occurred prior to this incident on December 4th, 2018 also at Charlotte C.I.. The Plaintiff has never filed a State Action lawsuit. The Plaintiff has never filed any lawsuit pertaining to this incident prior to this filing, and that this is now his second lawsuit ever filed.

## X. "Plaintiff's Declaration and Warning"

I, Jimmy Lee Kroft, certify under the penalty of perjury, that to the best of my knowledge, information, and belief that this complaint: 1) is not being presented for an improper purpose, such as to harass cause unnecessary delay, or needlessly increase the cost of litigation; 2) is supported by existing law or by a non-frivolous argument for extending or modifying existing law; 3) the further investigation or discovery, and 4) the complaint otherwise complies with the requirements of all rules in Rule II.

Executed this 25th day of April         .

(S) _____

6

Jimmy Lee Kroft #X25395
Charlotte C.I.
33123 Oilwell Rd
Punta Gorda, FL. 33955

## Certificate of Service

I Hereby Certify that the foregoing 42 U.S.C.A. 1983 Complaint was given to prison legal mail officials for mailing via U.S. Mail to:

The United States District Court

Middle District of Florida

2110 First Street

Ft. Myers, Fl. 33901

Executed this 25th day of April.

(S) _____
Jimmy Lee Kroft #X25395

PROVIDED TO CHARLOTTE
CORRECTIONAL INSTITUTION
ON 4-25-22 FOR MAILING
BY _____