UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JIMMY LEE KROFT,

    Plaintiff,

v.                                                      Case No.:  2:22-cv-275-JLB-MRM

DEREK SNIDER, MICHAEL
QUARANTA, PETER JURKISH,
and JEFFREY ROBINSON,

    Defendants.
_____/

## ORDER

Plaintiff's request to proceed *in forma pauperis* (Doc. 2) is **GRANTED** to the extent that the case may proceed without the prepayment of the entire filing fee. Plaintiff shall pay an initial partial filing fee of **$119.45** as provided in 28 U.S.C. § 1915(b)(1). Plaintiff is assessed the total $350 filing fee in this case. *See* 28 U.S.C. § 1915.

As funds become available in Plaintiff's prison account, he must make monthly payments of 20 percent of the preceding month's income credited to the account (that is, all funds deposited into the account). Upon receipt of this Order, the agency having custody of Plaintiff must forward payments from his account on a monthly basis to the Clerk of Court each time the amount in the account exceeds $10. The payments must continue until the filing fee of $350 is paid in full. The following information must either be included on the face of the check from the

penal institution, cashier's check, or money order or attached to it: (1) the full name of the prisoner (Jimmy Lee Kroft); (2) the prisoner's inmate number (X25395); and (3) Middle District of Florida Case Number (2:22-cv-275-JLB-MRM). Payments without this information will be returned to the penal institution.

Plaintiff is ultimately responsible for payment of the filing fee if the agency with custody over him lapses in its duty to make payments on his behalf. If he is transferred to another facility, he must ensure that the new facility is informed about this case and the required monthly payments as stated in this Order. He should keep a copy of this Order for this purpose.

Accordingly, it is now **ORDERED:**

1. The **Clerk of Court** shall mail a copy of this Order to the Charlotte Correctional Institution, Inmate Trust Department.

2. Plaintiff shall pay an initial partial filing fee of **$119.45** within **TWENTY-ONE (21) DAYS** from the date on this Order. Failure to comply will result in the dismissal of this case without further notice for failure to prosecute.

**DONE AND ORDERED** in Fort Myers, Florida on April 29, 2022.

Mac R. McCoy
United States Magistrate Judge

SA: FTMP-2

Copies to:  Jimmy Lee Kroft