UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JIMMY LEE KROFT,

    Plaintiff,

v.   Case No. 2:22-cv-275-JLB-KCD

DEREK SNIDER,
MICHAEL QUARANTA,
PETER JURKISH, and
JEFFREY ROBINSON,

    Defendants.
_____

## ORDER

Plaintiff moves the Court for an order directing prison officials to pay Plaintiff's initial partial filing fee. (Doc. 14.) He is concerned that officers at Charlotte Correctional Institution are sabotaging his efforts to timely pay the fee. (*Id.*)[1]

On the same day as Plaintiff's motion, the Court entered an order directing him to pay the initial filing fee by July 14, 2022. (Doc. 13.) The Court recognized the notices that Plaintiff had sent regarding his difficulties in paying his initial filing fee but explained that Charlotte Correctional Institution routinely complies with requests that it pay other inmates' initial

---

[1] The fee was initially due on May 20, 2022. (Doc. 5.)

filing fees. (*Id.* at 1.) Because Plaintiff's difficulty in having the fee sent to the Clerk appeared to "stem from a misunderstanding of Plaintiff's request rather than an attempt to sabotage litigation," the Court directed the Clerk to send a copy of the order at docket entry five to the Inmate Trust Department at Charlotte Correctional Institution. (*Id.* at 1–2.)

Accordingly, Plaintiff already received the relief requested in his motion (Doc. 14), and it is therefore, **DENIED as moot.** The Court sua sponte extends Plaintiff's deadline to pay the initial partial filing fee to **July 22, 2022**.

**DONE AND ORDERED** in Fort Myers, Florida on July 12, 2022.

Kyle C. Dudek
United States Magistrate Judge

SA: FTMP-2

Copies furnished to:
Counsel of Record
Unrepresented Parties